1  Janine S. Simerly (SBN 102361)
       *jss@millerlawgroup.com*
2  Alexander C. Miller (SBN 252483)
       *acm@millerlawgroup.com*
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
   Attorneys for Defendant
7  RYDER INTEGRATED LOGISTICS, INC.

8  Robin K. Perkins (SBN 131252)
       *rperkins@perkins-lawoffice.com*
9  Perkins & Associates
   300 Capitol Mall, Suite 1800
10 Sacramento, CA  95814
   Tel. (916) 446-2000
11 Fax (916) 447-6400

12 Attorneys for Plaintiff
   RAY RHEAD
13

14

15            **UNITED STATES DISTRICT COURT**

16          **EASTERN DISTRICT OF CALIFORNIA**

17

18 RAY RHEAD,                                    Case No.: 2:09-CV-00705-MCE-GGH

19
              Plaintiff,                         **STIPULATION AND ORDER TO EXTEND**
20                                               **NON-EXPERT DISCOVERY DEADLINE**
   v.
21                                               Complaint filed:  January 23, 2009
22 RYDER INTEGRATED LOGISTICS, INC., a
   Delaware Corporation doing business in
23 California;  and DOES 1 through 30, inclusive

24
              Defendant(s).
25                                               Trial Date:     March 28, 2011

26

27

28


                                    1

1  WHEREAS, in the Pretrial Scheduling Order filed in this matter on May 26,

2  2009, the Honorable Morrison C. England ordered the Plaintiff RAY RHEAD and Defendant

3  RYDER INTEGRATED LOGISTICS, INC. ("the parties") to complete all discovery, with the

4  exception of expert discovery, by May 28, 2010 (Court Docket No. 9);

5

6  WHEREAS, Defendant began Plaintiff's deposition on April 14, 2010, but was

7  unable to finish it at that time;

8

9  WHEREAS, lead defense counsel Janine S. Simerly will be in trial in the

10  matter of *Veronese v. Lucasfilm, LTD*, Superior Court of California, County of Marin, Case

11  No. CIV 091548, beginning on May 7, 2010 for an estimated four to six weeks;

12

13  WHEREAS, Ms. Simerly will be unavailable to complete Plaintiff's deposition

14  until after this other trial has completed;

15

16  WHEREAS, Plaintiff wishes to take the deposition of two individuals who are

17  former employees of Defendant;

18

19  WHEREAS, the parties are still attempting to locate one or more of these

20  unaffiliated witnesses so that Plaintiff may complete their depositions;

21

22  WHEREAS, the parties and their counsel request that the May 28, 2010 non-

23  expert discovery deadline be vacated, and be continued to July 28, 2010;

24

25  IT IS HEREBY STIPULATED by and between the parties, through their

26  respective counsel, that non-expert discovery deadline be vacated, and be continued to July

27  28, 2010.

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

1      **IT IS SO STIPULATED.**

2

3     Dated: April 28, 2010                              MILLER LAW GROUP
                                                         A Professional Corporation
4

5

6                                                        By: ___/s/_____
                                                             JANINE S. SIMERLY
7                                                            Attorneys for Defendant
                                                             RYDER INTEGRATED LOGISTICS, INC.
8
      Dated: April  28, 2010                             PERKINS & ASSOCIATES
9

10

11                                                       By: ___/s/_____
                                                             ROBIN K. PERKINS
12                                                          Attorneys for Plaintiff
                                                             RAY RHEAD
13

14            Good cause due to Ms. Simerly's unavailability and the requirement of

15    additional time to locate necessary witnesses appearing, the Court hereby modifies its

16    Pretrial Scheduling Order in this matter to continue the deadline for completion of all

17    discovery, with the exception of expert discovery, until July 28, 2010.  All other dates in the

18    original scheduling order remain unchanged.

19

20            **IT IS SO ORDERED**.

21

22

23

24    Dated: May 12, 2010
25
26                                                       _____
27                                                       MORRISON C. ENGLAND, JR.
                                                         UNITED STATES DISTRICT JUDGE
28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

3