1  Janine S. Simerly (SBN 102361)
       jss@millerlawgroup.com
2  Alexander C. Miller (SBN 252483)
       acm@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
   Attorneys for Defendant
7  RYDER INTEGRATED LOGISTICS, INC.

8  Robin K. Perkins (SBN 131252)
       rperkins@perkins-lawoffice.com
9  Perkins & Associates
   300 Capitol Mall, Suite 1800
10 Sacramento, CA  95814
   Tel. (916) 446-2000
11 Fax (916) 447-6400

12 Attorneys for Plaintiff
   RAY RHEAD

13

14

15                    **UNITED STATES DISTRICT COURT**

16                    **EASTERN DISTRICT OF CALIFORNIA**

17

18 RAY RHEAD,                               Case No.: 2:09-CV-00705-MCE-GGH

19
                     Plaintiff,             **STIPULATION AND ORDER TO EXTEND**
20                                          **DISCOVERY DEADLINES**
   v.
21
                                            Complaint filed:  January 23, 2009
22 RYDER INTEGRATED LOGISTICS, INC., a
   Delaware Corporation doing business in
23 California;  and DOES 1 through 30, inclusive

24
                     Defendant(s).
25                                          Trial Date:      March 28, 2011

26

27

28

                                        1
STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES
                 Case No. 2:09-CV-00705-MCE-GGH

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, in the Pretrial Scheduling Order filed in this matter on May 26,

2    2009, the Honorable Morrison C. England ordered the Plaintiff RAY RHEAD and Defendant

3    RYDER INTEGRATED LOGISTICS, INC. ("the parties") to complete all discovery, with the

4    exception of expert discovery, by May 28, 2010 (Court Docket No. 9);

5

6    WHEREAS, in the Pretrial Scheduling Order, the Court ordered the parties to

7    disclose the name, address, and area of expertise of each expert that they propose to

8    tender at trial not later than July 28, 2010, with designation of supplemental expert

9    witnesses to take place within twenty days following the designation of expert witnesses

10   (Id.);

11

12   WHEREAS, Defendant began Plaintiff's deposition on April 14, 2010, but was

13   unable to finish it at that time;

14

15   WHEREAS, on April 28, 2010, the parties stipulated to a continuance of the

16   non-expert discovery deadline until July 28, 2010 due to difficultly locating witnesses and

17   the unavailability of lead defense counsel Janine S. Simerly due to trial in the matter of

18   *Veronese v. Lucasfilm, LTD*, Superior Court of California, County of Marin, Case No. CIV

19   091548, which was scheduled to begin on May 7, 2010 for an estimated four to six weeks;

20

21   WHEREAS, on May 12, 2010, the Court issued an order continuing the

22   deadline for completion of all discovery, with the exception of expert discovery, until July 28,

23   2010 (Court Docket No. 14);

24

25   WHEREAS, the trial in the matter of *Veronese v. Lucasfilm, LTD* did not begin

26   until May 28, 2010 and continued until June 30, 2010;

27

28

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

2

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, Ms. Simerly has been unavailable to complete Plaintiff's
2    deposition, or for Plaintiff to take the additional depositions of two individuals who are former
3    employees of Defendant, due to that trial;

4

5    WHEREAS, the parties are unable to complete those depositions before mid-
6    August due to scheduling conflicts;

7

8    WHEREAS, the parties and their counsel request that the July 28, 2010 non-
9    expert discovery deadline and July 28, 2010 expert disclosure deadline be vacated, and be
10   continued to August 27, 2010;

11

12   IT IS HEREBY STIPULATED by and between the parties, through their
13   respective counsel, that non-expert discovery deadline and July 28, 2010 expert disclosure
14   deadline be vacated, and be continued to August 27, 2010.

15

16   IT IS FURTHER STIPULATED by and between the parties, through their
17   respective counsel, that he expert disclosure deadline be vacated, and be continued to
18   August 27, 2010.

19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA

3

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

Dated: July 7, 2010                     MILLER LAW GROUP
                                        A Professional Corporation


                                        By:  ___/s/_____
                                             JANINE S. SIMERLY
                                             Attorneys for Defendant
                                             RYDER INTEGRATED LOGISTICS, INC.

Dated: July 7, 2010                     PERKINS & ASSOCIATES


                                        By:  ___/s/_____
                                             ROBIN K. PERKINS
                                             Attorneys for Plaintiff
                                             RAY RHEAD


     Good cause due to Ms. Simerly's unavailability appearing, the Court hereby modifies its Pretrial Scheduling Order in this matter to continue the deadline for completion of all discovery, with the exception of expert discovery, until August 27, 2010.  The Court further orders that the expert disclosure deadline be vacated, and be continued to August 27, 2010.  All other dates in the original scheduling order remain unchanged.


**IT IS SO ORDERED**.


Dated: July 8, 2010

                                        _____
                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES
Case No. 2:09-CV-00705-MCE-GGH

PDF created with pdfFactory trial version www.pdffactory.com

MILLER LAW GROUP
A PROFESSIONAL CORPORATION
SAN FRANCISCO, CALIFORNIA