1  Janine S. Simerly (SBN 102361)
       jss@millerlawgroup.com
2  Adam J. Tullman (SBN 235694)
       ajt@millerlawgroup.com
3  MILLER LAW GROUP
   A Professional Corporation
4  111 Sutter Street, Suite 700
   San Francisco, CA 94104
5  Tel. (415) 464-4300
   Fax (415) 464-4336
6
   Attorneys for Defendant
7  RYDER INTEGRATED LOGISTICS, INC.

8  Robin K. Perkins (SBN 131252)
       rperkins@perkins-lawoffice.com
9  Perkins & Associates
   300 Capitol Mall, Suite 1800
10 Sacramento, CA  95814
   Tel. (916) 446-2000
11 Fax (916) 447-6400

12 Attorneys for Plaintiff
   RAY RHEAD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RHEAD,<br><br>        Plaintiff,<br><br>v.<br><br>RYDER INTEGRATED LOGISTICS, INC., a Delaware Corporation doing business in California;  and DOES 1 through 30, inclusive<br><br>        Defendant(s). | Case No.: 2:09-CV-00705-MCE-GGH<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>Complaint filed:  January 23, 2009<br><br><br><br>Trial Date:    March 28, 2011 |

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, in the Pretrial Scheduling Order filed in this matter on May 26,
2  2009, the Honorable Morrison C. England ordered the Plaintiff RAY RHEAD and Defendant
3  RYDER INTEGRATED LOGISTICS, INC. ("the parties") to complete all discovery, with the
4  exception of expert discovery, by May 28, 2010 (Court Docket No. 9);
5
6  WHEREAS, in the Pretrial Scheduling Order, the Court ordered the parties to
7  disclose the name, address, and area of expertise of each expert that they propose to
8  tender at trial not later than July 28, 2010, with designation of supplemental expert
9  witnesses to take place within twenty days following the designation of expert witnesses
10 (Id.);
11
12 WHEREAS, on May 12, 2010, pursuant to the stipulation of Plaintiff,
13 Defendant and their respective counsel, the Court issued an order continuing the deadline
14 for completion of all discovery, with the exception of expert discovery, until July 28, 2010
15 (Court Docket No. 14);
16
17 WHEREAS, on July 8, 2010 pursuant to the stipulation of Plaintiff, Defendant
18 and their respective counsel, and due to Ms. Simerly's unavailability, the Court issued an
19 order continuing the deadline for completion of all discovery, with the exception of expert
20 discovery, and the deadline for the disclosure of expert witnesses until August 27, 2010
21 (Court Docket No. 16);
22
23 WHEREAS, plaintiff has requested the deposition of third party witness Dick
24 Bray (a retired Ryder employee who lives in Plymouth Michigan), but Mr. Bray is not
25 available until September 24.
26
27 WHEREAS, Defendant has requested the deposition of third party witness
28 Melissa Guzman, and due to Ms. Simerly's trial and pre-planned vacation schedule the

PDF created with pdfFactory trial version www.pdffactory.com

1  parties have been unable to schedule the deposition of Ms. Guzman until Thursday August
2  26, 2010;

4  WHEREAS, the completed deposition of Ms. Guzman is integral to
5  Defendant's decision of whether to file a motion for summary judgment;

7  AND WHEREAS, trial in this matter is not scheduled until April 16, 2012 (Court
8  Docket No. 17);

10  IT IS HEREBY STIPULATED by and between the parties, through their
11  respective counsel, that non-expert discovery will close on August 27, 2010 with the
12  exception of the depositions of Ms. Guzman and Mr. Bray who may be deposed up to and
13  including November 5, 2010.

15  IT IS FURTHER STIPULATED by and between the parties, through their
16  respective counsel, that the expert disclosure deadline be vacated, and be continued to
17  November 5, 2010.

19  IT IS FURTHER STIPULATED by and between the parties, through their
20  respective counsel, that the September 20, 2010 deadline for all dispositive motions be
21  vacated, and that the last date to file any dispositive motion with the court be September 27,
22  2010 (to be set for hearing as close to 35 days out as the Court's schedule will allow). .
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: August 25, 2010 | MILLER LAW GROUP<br>A Professional Corporation |

By: _____/S/_____
JANINE S. SIMERLY
Attorneys for Defendant
RYDER INTEGRATED LOGISTICS, INC.

Dated: August 25, 2010          PERKINS & ASSOCIATES

By: _____/S/_____
ROBIN K. PERKINS
Attorneys for Plaintiff
RAY RHEAD

Good cause appearing due to Mr. Bray and Ms. Simerly's unavailability, the Court hereby modifies its Pretrial Scheduling Order in this matter to reflect the close of discovery on August 27, 2010 with the exception of the depositions of Melissa Guzman and Dick Gray which may be completed up to and including November 5, 2010. The Court further orders that the expert disclosure deadline be vacated, and be continued to November 5, 2010. The Court further orders that all dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be filed with the Court no later than September 27, 2010 (to be set for hearing as close to 35 days out as the Court's schedule will allow). All other dates in the original scheduling order remain unchanged.

**IT IS SO ORDERED**.

Dated: August 31, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com