Robin K. Perkins, SBN: 131252
Perkins & Associates
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Telephone:   (916) 446.2000
Facsimile:    (916) 447.6400

Attorneys for Plaintiff
RAY RHEAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY RHEAD,<br><br>    Plaintiff<br><br>    v.<br><br>RYDER INTEGRATED LOGISTICS, INC. a Delaware Corporation doing business in California; and DOES 1 thru 30, inclusive<br><br>    Defendant. | Case No. 2:09-CV-00705-MCE-GGH<br><br>**STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br>[Filed Concurrently With: [Proposed] Order<br><br>Date Action Filed: January 23, 2009 |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff Ray Rhead ("Rhead"), and Defendant Ryder Integrated Logistics, Inc. ("Ryder"), by and through their respective attorneys of record, that the above referenced action be, and is hereby, dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties further stipulate that each party shall bear his or its own costs, including attorneys' fees.

Dated: April 11, 2011                           MILLER LAW GROUP
                                                A Professional Corporation

                                                By: /s/_____
                                                    JANINE S. SIMERLY
                                                    Attorneys for Defendant
                                                    RYDER INTEGRATED LOGISTICS, INC.

Dated: April 7, 2011                                         PERKINS & ASSOCIATES

By: /s/_____
    ROBIN K. PERKINS
    Attorneys for Plaintiff
    RAY RHEAD

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action, as to each and every defendant, with prejudice.

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1). The Clerk of Court is hereby directed to close the file.

**IT IS SO ORDERED**.

**Date: April 14, 2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION OF COUNSEL FOR DISMISSAL OF CASE WITH PREJUDICE      2.